## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM BRENT TATE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-1459 |
| | ) | Judge Trauger |
| | ) | |
| BOWMAN'S TIRE AND WRECKER SERVICE, et al | ) ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon the reassignment of this case to Judge Trauger (Docket No. 12), it is hereby ORDERED that the reference to the magistrate judge is WITHDRAWN, and the initial case management conference scheduled before the magistrate judge on September 16, 2014, is CANCELLED. It is further ORDERED that the Clerk shall issue Judge Trauger's standard Notice, setting this case for an initial case management conference before her.

It is so **ORDERED**.

ENTER this 31th day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge