# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM BRENT TATE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: 3-14-1459 |
| | ) | |
| v. | ) | |
| | ) | |
| BOWMAN'S TIRE AND WRECKER SERVICE, CHARLES BOWMAN TRUCKING, LLC, BOWMAN'S AUTO SALES, LLC, and CHARLES BOWMAN, | ) ) ) ) ) | Judge Trauger |
| Defendants. | ) ) | |

## ORDER APPROVING JOINT MOTION FOR ENLARGEMENT OF TIME

The Parties have represented that they are actively engaged in settlement negotiations and have submitted a joint motion seeking an extension and enlargement of time until Tuesday, September 2, 2014 for Defendants to respond to the complaint in the above-entitled action.

WHEREFORE, just cause exists, the Court will GRANT the motion and extend the time for Defendants to respond to the Complaint in this matter until on or before September 2, 2014.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

Agreed to and submitted for entry by:


BARRETT JOHNSTON MARTIN & GARRISON, LLC

*/s/ David W. Garrison*
By:   David W. Garrison
       Seth M. Hyatt

David W. Garrison, Esquire
Seth M. Hyatt, Esquire
BARRETT JOHNSTON MARTIN & GARRISON, LLC
414 Union Street Suite 900
Nashville, TN  37219

Attorneys for Plaintiff

GULLETT SANFORD ROBINSON & MARTIN, PLLC


*/s/ Kathleen Pohlid*
By:   Kathleen Pohlid

Kathleen Pohlid, Esquire
GULLETT SANFORD ROBINSON & MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, Tennessee 37201

Attorneys for Defendants