IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | |
|---|---|
| WILLIAM BRENT TATE, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO: 3-14-1459 |
| ) | |
| v. ) | |
| ) | |
| BOWMAN'S TIRE AND WRECKER ) | |
| SERVICE, CHARLES BOWMAN ) | Judge Trauger |
| TRUCKING, LLC, BOWMAN'S AUTO ) | |
| SALES, LLC, and CHARLES BOWMAN, ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION TO APPROVE SETTLEMENT AND DISMISSAL WITH PREJUDICE

Come now the Parties hereto, by and through their undersigned counsel, and announce to the Court that they have reached a settlement of all claims in this matter which provides for dismissal of this matter with prejudice. Contemporaneously with this motion, Defendants are filing an Unopposed Motion for Leave of Court to File Settlement Under Seal (Document #23), with the Parties' Settlement Agreement and Full and Complete Release ("Agreement") submitted via email to the Clerk of Court for filing under seal. The Parties ask the Court to approve their Agreement and that this matter and all of Plaintiff's claims and all claims that Plaintiff could assert under the Fair Labor Standards Act of 1938, 29 U.S.C. Section 201, *et seq.* ("FLSA") be dismissed with prejudice.

In support of this joint motion, the Parties state as follows:

1. This matter involves a single plaintiff who was paid a weekly salary of over $600 per week. At all times pursuant to this action, Plaintiff has been represented by the undersigned counsel, who are experienced in representing employees with respect to claims arising under the