# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM BRENT TATE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: 3-14-1459 |
| | ) | |
| v. | ) | |
| | ) | |
| BOWMAN'S TIRE AND WRECKER SERVICE, CHARLES BOWMAN TRUCKING, LLC, BOWMAN'S AUTO SALES, LLC, and CHARLES BOWMAN, | ) ) ) ) ) | Judge Trauger |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties hereto, by and through their undersigned counsel, have announced that they have reached a settlement of this matter. Before this Court for consideration are: (1) the Parties' Joint Motion to Approve Settlement and Dismissal With Prejudice (Document #22); and (2) Defendants' Unopposed Motion for Leave of Court to File Settlement Agreement Under Seal (Document #23), with a copy of the settlement agreement submitted under seal ("Agreement").

Defendants filed their motion (Document #23) requesting that the specific terms of the Parties' Agreement not be made public and that the Agreement be filed and kept under seal. Plaintiff has represented through counsel (Document #22, ¶ 3) that he does not oppose Defendants' motion. The motion for leave of court to file under seal (Document #23) is APPROVED. The Agreement will be filed and kept under seal in this matter.

The Court has reviewed and approved the terms of the Agreement, whereby Plaintiff waives and releases all claims under the Fair Labor Standards Act of 1938, 29 U.S.C. Section 201, *et seq.* ("FLSA") and dismisses his claims with prejudice, with each party to bear its own

costs, attorneys' fees and expenses. The Court finds that the Agreement is a fair and reasonable resolution of the parties' dispute and that it satisfies the standard for approval under the FLSA. The Agreement is APPROVED.

Accordingly, Plaintiff's claims and all claims that Plaintiff could assert under the FLSA are hereby dismissed with prejudice.

**IT IS HEREBY ORDERED.**

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

Agreed to and submitted for entry by:


Barrett Johnston Martin & Garrison, LLC

*/s/ David W. Garrison*_____
By:     David W. Garrison
        Seth M. Hyatt

David W. Garrison, Esquire
Seth M. Hyatt, Esquire
Barrett Johnston Martin & Garrison, LLC
414 Union Street Suite 900
Nashville, TN  37219

Attorneys for Plaintiff

Gullett Sanford Robinson & Martin, PLLC


*/s/ Kathleen Pohlid*_____
By:    Kathleen Pohlid

Kathleen Pohlid, Esquire
Gullett Sanford Robinson & Martin, PLLC
150 Third Avenue South, Suite 1700
Nashville, Tennessee 37201

Attorneys for Defendants